# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO ZURITA II,<br><br>                        Petitioner,<br><br>          v.<br><br>DANIEL PARAMO, Warden,<br><br>                        Respondent. | Case No. EDCV 12-1331-JST (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: __4/28/2013_____

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE